NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VIKING THERAPEUTICS, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ASCLETIS PHARMA INC., ASCLETIS
PHARMACEUTICALS CO. LTD., ASCLETIS
BIOSCIENCE CO., LTD., GANNEX PHARMA CO.,
LTD., JINZI JASON WU,**
*Intervenors*

---

2025-2162

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1352.

-------------------------------------------------

**ASCLETIS PHARMA INC., ASCLETIS
PHARMACEUTICALS CO. LTD., ASCLETIS
BIOSCIENCE CO., LTD., GANNEX PHARMA CO.,
LTD.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION**,
*Appellee*

**VIKING THERAPEUTICS, INC**.
*Intervenor*

————————————

2025-2164

————————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1352.

————————————

**ON MOTION**

————————————

Before PROST, MAYER, and STOLL, *Circuit Judges*.

MAYER, *Circuit Judge*.

**O R D E R**

The International Trade Commission moves to dismiss Viking Therapeutics, Inc.'s cross-appeal, No. 2025-2162. The Commission states that Ascletis Pharma Inc. et al. (collectively, "Ascletis") and Jinzi Jason Wu support the motion. The Commission indicates that Viking does not oppose the motion and "agrees that a panel of this Court would properly dismiss Viking's cross-appeal," but that Viking purportedly "reserves all rights to challenge the dismissal of the cross-appeal in future proceedings." ECF No. 21 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss Appeal No. 2025-2162 is granted. Appeal No. 2025-2162 is deconsolidated and

dismissed. The revised official captions are reflected in this order.

(2) Costs in Appeal No. 2025-2162 are taxed against the appellant.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2025-2164.

FOR THE COURT

July 14, 2026
     Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2025-2162 only):    July 14, 2026